## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

ALFREDO MEDINA, individually and on
behalf of all others similarly situated,

v.

VICTORY MARKETING AGENCY, LLC,
WELLHEALTH MANAGEMENT, LLC,
AND VINCENT ANTONIO

Case No.: 4:23-cv-00201-ALM

## ORDER

Pursuant to the stipulation of dismissal filed by Alfredo Medina, Tommy Broadnax, Darius Curtis, Jarika Melton Greer, Jennifer Melo, Seneca Thomas, Victory Marketing Agency, LLC, and Vincent Antonio under FED. R. CIV. P. 41(a)(1)(A)(ii) (Dkt. 27) and the Notice of Dismissal filed by Plaintiffs pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) (Dkt. #26), this case, and all claims Plaintiffs asserted in this suit or could have asserted in this suit under the FLSA, are hereby DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs. The Court shall retain jurisdiction to enforce the settlement agreement between Plaintiffs and the Victory Defendants, if necessary.

**IT IS SO ORDERED.**

**SIGNED this 5th day of October, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE